IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | Case No. 5:09-CR-75 (HL) |
| **PAUL SNEDEKER,** : | |
| : | |
| Defendant. : | |
| _____ | |

## ORDER

This case is before the Court on Defendant's unopposed Motion for Continuance (Doc. 14). Defendant seeks to continue this case from the term of court scheduled to begin on February 1, 2010.

Defendant has been charged with one count of possession of child pornography. According to Defendant, he has not been able to review some of the discovery in the possession of the United States Attorney, which cannot be published due to its sensitive nature.

The Motion for Continuance (Doc. 14) is granted. This case will be continued until the April 2010 term of court. Any delay occasioned by the continuance is deemed excludable delay pursuant to Title 18, United States Code, Section 3161 of the Speedy Trial Act.

**SO ORDERED**, this the 12th day of January, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh